**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 23-1865**

———————

STEPHANE J. WANTOU SIANTOU,

Plaintiff - Appellant,

v.

DK ASSOCIATES, LLC; DANIEL E. KENNEY, Esq.,

Defendants - Appellees.

———————

Appeal from the United States District Court for the District of Maryland, at Greenbelt. Paula Xinis, District Judge.  (8:22-cv-01470-PX)

———————

Submitted:  August 22, 2024                    Decided:  August 26, 2024

———————

Before WILKINSON, WYNN, and RICHARDSON, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stephane J. Wantou Siantou, Appellant Pro Se.  Daniel Edward Kenney, DK ASSOCIATES, LLC, Chevy Chase, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephane J. Wantou Siantou appeals the district court's order granting Defendants' Fed. R. Civ. P. 12(b)(6) motion and dismissing his amended civil action for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *Siantou v. DK Assocs., LLC*, No. 8:22-cv-01470-PX (D. Md. July 21, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*